NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**LOOPS LLC, LOOPS FLEXBRUSH LLC,**
*Plaintiffs-Appellants*

**v.**

**PHOENIX TRADING, INC., DBA AMERCARE PRODUCTS INC., WENDY HEMMING,**
*Defendants-Appellees*

**H&L INDUSTRIAL, DOES, 1 THROUGH 50, INCLUSIVE,**
*Defendants*

———————————

2017-1316

———————————

Appeal from the United States District Court for the Western District of Washington in No. 2:08-cv-01064-RSM, Judge Ricardo S. Martinez.

———————————

**JUDGMENT**

———————————

STEPHEN MICHAEL HOGAN, San Diego, CA, argued for plaintiffs-appellants. Also represented by ROBERT STEELE, Miller & Steele, Oceanside, CA.

BROOKS F. COOPER, Draneas & Huglin, PC, Lake Oswego, OR, argued for defendants-appellees.

───────────────────

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, CHEN, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  March 13, 2018  | /s/ Peter R. Marksteiner |
| :---: | :--- |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |